# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lynn Ellen Mendes,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-397-RLV

Charles Brown and
Charlotte Mecklenburg Public Library,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2010 Order.

                                              FRANK G. JOHNS, CLERK

November 19, 2010

                                             s/Wendy Brinley
                               BY: _____
                                         Wendy Brinley, Deputy Clerk